**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **OUMOU M. CAMARA, PH.D.** | ) | |
| ***Plaintiff,*** | ) | |
| **v.** | ) | **Case No: 1:26-cv-03558-MJS** |
| **INTERNATIONAL FERTILIZER DEVELOPMENT CENTER** | ) | |
| ***Defendant.*** | ) | |

## NOTICE OF APPEARANCE OF MICAH E. TICATCH

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., who is a member in good standing of the District of Columbia bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendant International Fertilizer Development Center.

Dated: November 20, 2026

Respectfully submitted,

*/s/ Micah E. Ticatch*

Micah E. Ticatch, DC Bar No. 1005398
John W. H. Harding, DC Bar No. 1028734
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

*Counsel for Defendant*
*International Fertilizer Development Center*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Robert T. Vance, Jr., Esq.
LAW OFFICES OF ROBERT T. VANCE, JR.
123 South Broad Street, 15th Floor
Philadelphia, PA 19109
Phone: 267-887-072
Facsimile: 215-501-5380
Email: rvance@vancelf.com

*Counsel for Plaintiff*
*Oumou M. Camara, Ph.D.*

*/s/ Micah E. Ticatch*
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mticatch@islerdare.com

*Counsel for Defendant*
*International Fertilizer Development Center*