**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **OUMOU M. CAMARA, PH.D.,** | ) | |
| ***Plaintiff,*** | ) | |
| **v.** | ) | **Case No: 1:26-cv-03558** |
| **INTERNATIONAL FERTILIZER DEVELOPMENT CENTER,** | ) | |
| ***Defendant.*** | ) | |

**PLAINTIFF'S NOTICE OF CONSENT**

Plaintiff Oumou M. Camara, Ph.D. by counsel, provides this Notice of Consent to Defendant's Motion to Extend Time to Respond to Complaint (the "Motion", ECF 13). Plaintiff states the following:

1. Plaintiff filed the Complaint with this Court on October 12, 2026.

2. On November 3, 2026, Plaintiff served the Complaint and Summons via process server upon Defendant International Fertilizer Development Center.

3. On November 18 and 19, counsel for Defendant attempted to contact undersigned counsel, who was unreachable due to prior commitments.

4. After Defendant filed the Motion, undersigned counsel responded "I truly apologize for not getting back sooner. I have no problem with the extension."

WHEREFORE, to ensure clarity for the Court, Plaintiff provides this Notice of Consent to the Motion, including the extension of time to December 18, 2026 to serve responsive pleadings.

Dated: November 20, 2026

Respectfully submitted,

Robert T. Vance Jr., Esq.
Law Offices of Robert T. Vance Jr.
123 South Broad Street, 15th Floor
Philadelphia, PA 19109
Phone: (267) 887-0172
Facsimile: (215) 501-5380
Email: rvance@vancelf.com

*Counsel for Plaintiff*
*Oumou Camara, Ph.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

John W. H. Harding, DC Bar No. 1028734
Isler Dare, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: jharding@islerdare.com

*Counsel for Defendant*
*International Fertilizer Development Center*

Robert T. Vance Jr., Esq.
Law Offices of Robert T. Vance Jr.
123 South Broad Street, 15th Floor
Philadelphia, PA 19109
Phone: (267) 887-0172
Facsimile: (215) 501-5380
Email: rvance@vancelf.com

*Counsel for Plaintiff*
*Oumou Camara, Ph.D.*